Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Andres Gomez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>          Plaintiff,<br><br>   vs.<br><br>BLUE DAISY INC.;<br><br>          Defendant.<br><br>_____ | No. 2:21-cv-04917-MCS-GJS<br><br>**STIPULATION TO SET ASIDE DEFAULT; [PROPOSED] ORDER** |

It is hereby stipulated by and between Plaintiff, Andres Gomez ("Plaintiff"), by and through his attorney, and Defendant, Blue Daisy Inc. (collectively "Defendant," and together with Plaintiff, "the Parties"), who is currently self-represented and is specially appearing on its own behalf, that the Clerk's Default entered against Defendant on June 3, 2022 (Dkt. 25) be and is hereby set aside so that the matter may proceed on its merits, and that a response on behalf of Defendant shall be filed within twenty-one (21) days after entry of the Order setting aside the default. Additionally, the Parties agreed to conduct mediation on July 13, 2022.

STIPULATION TO SET ASIDE DEFAULT; [PROPOSED] ORDER

Good cause exists because the Parties desire for the case to be heard on its merits.

**IT IS SO STIPULATED.**

Dated: July 1, 2022                                MOORE LAW FIRM, P.C.


                                                    */s/ Tanya E. Moore*
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff,
                                                    Andres Gomez

Dated: July 1, 2022                                */s/ Jonathan Bolourchi*
                                                    Defendant, Blue Daisy Inc.

                                                    Print Name: Jonathan Bolourchi

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                    */s/ Tanya E. Moore*
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff,
                                                    Andres Gomez

## ORDER

The Parties having so stipulated and good cause appearing, it is ordered as follows:

1.      The default entered against Defendant, Blue Daisy Inc. ("Defendant") on June 3, 2020 (Dkt. 25), is hereby set aside.

2.      Defendant must file a responsive pleading within twenty-one (21) days after entry of the Order setting aside the default, or its default may again be

requested again by Plaintiff.

3.     The Parties agreed to conduct mediation that must completed by July 13, 2022.

**IT IS SO ORDERED**.

Dated: _____                _____
                                        HON. MARK C. SCARSI
                                        United States District Judge